**ORIGINAL**

1    Lawrence B. Steinberg (State Bar No. 101966)
     *LSteinberg@buchalter.com*
2    Janet Nalbandyan (State Bar No. 235154)
     *jnalbandyan@buchalter.com*
3    BUCHALTER NEMER
     A Professional Corporation
4    1000 Wilshire Boulevard, Suite 1500
     Los Angeles, CA  90017-2457
5    Telephone: (213) 891-0700
     Facsimile: (213) 896-0400
6

7    Attorneys for plaintiff
     OUT OF THE BOX ENTERPRISES, LLC
8

BY: ___
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
10 DEC -2  AM10: 13
FILED

9              UNITED STATE DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11        EDCV10-1858 VAP (DTBx)

|  |  |
|---|---|
| 12  OUT OF THE BOX ENTERPRISES, LLC, a Texas limited liability company, | Case No. |
| 13 | COMPLAINT FOR DAMAGES, AND INJUNCTIVE RELIEF FOR: |
| 14        Plaintiff, | |
| 15        vs. | (1) VIOLATION OF THE LANHAM ACT, 15 U.S.C. §1125(a); |
| 16  EL PASEO JEWELRY EXCHANGE, INC., a Nevada corporation; | (2) VIOLATION OF UNFAIR COMPETITION LAW, CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200; |
| 17  EL PASEO JEWELRY, INC., a California corporation; | |
| 18  RAJU MEHTA, an individual; IVAN KALENSKY, an individual, | (3) VIOLATION OF FALSE ADVERTISING LAW, CALIFORNIA BUSINESS & PROFESSIONS CODE § 17500; |
| 19        Defendants. | |
| 20 | (4) INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE |
| 21 | |
| 22 | |
| 23 | DEMAND FOR JURY TRIAL |
| 24 | |

25

26

27

28

1    Plaintiff OUT OF THE BOX ENTERPRISES, LLC, for its Complaint

2  herein, alleges as follows:

3                                INTRODUCTION

4    1.  This lawsuit is filed against El Paseo Jewelry, a retail establishment that,

5  for at least the last year, has been systematically defrauding consumers of the

6  Coachella Valley by falsely advertising that it purchases used gold jewelry at 92%

7  of the gold's value based on the current price of gold when, in true fact, it does no

8  such thing.  In these times of economic hardship and the rapidly rising value of

9  gold, El Paseo Jewelry has blanketed the area with its advertising in the *Desert Sun*,

10  on cable television and over the Internet, and then, having lured in economically

11  vulnerable and unsophisticated consumers through its campaign of false and

12  deceptive advertising, has cheated customers by misrepresenting the weight and

13  karat content of the gold being offered by the consumers for sale, and by purchasing

14  jewelry for much less than the advertised price.  Moreover, El Paseo Jewelry has,

15  until recently, operated unlawfully and under the radar by conducting its business

16  without first having obtained the Secondhand Dealer's license required under

17  California law, and without complying with the requirements imposed on

18  Secondhand Dealers by the California Business & Professions Code, all to the

19  detriment of plaintiff and consumers.

20    2.  This civil action is for false advertising under the Lanham Act, 15 U.S.C.

21  §1125(a), related violations of the California False Advertising Law

22  (Section 17500), fraudulent, unlawful and unfair business practices under the

23  California Unfair Competition Law (Section 17200), and violations of California

24  common law.  Plaintiff seeks preliminary and permanent injunctive relief,

25  compensatory, statutory and punitive damages, and attorney's fees.

26                                   PARTIES

27    3.  <u>Plaintiff</u>.  Plaintiff OUT OF THE BOX ENTERPRISES, LLC ("Out of

28  the Box" or "plaintiff") is a Texas limited liability company, having its principal

1  place of business at 73-185 Highway 111, Suite C, Palm Desert, California.

2  Out of the Box operates an upscale jewelry store in Palm Desert and, as part of its

3  business, buys gold and other precious metals from members of the public.

4  Out of the Box is a licensed Secondhand Dealer under California Business &

5  Professions Code § 21640 *et seq.*

6      4.  Defendants.

7          (a)  El Paseo Jewelry.

8              (i)  Defendant EL PASEO JEWELRY EXCHANGE, INC. is a

9  Nevada corporation, having its principal place of business located at 73-261

10  Highway 111, Suite 207, Palm Desert, California.

11              (ii)  Defendant EL PASEO JEWELRY, INC. is a California

12  corporation, having its principal place of business located at 73-375 El Paseo,

13  Suite O, Palm Desert, California.

14              (iii)  On information and belief, defendants El Paseo Jewelry

15  Exchange, Inc. and El Paseo Jewelry, Inc. are the alter egos of each other, and there

16  exists, and at all times herein mentioned has existed, a unity of interest in

17  ownership between such defendants, such that any separateness has ceased to exist

18  in that each of said defendants has used assets of the other defendant for its personal

19  or other business uses, caused assets to be transferred between them or to other

20  businesses owned in whole or part by them, without adequate consideration and

21  withdrew funds from each of its respective bank accounts for its use or for the use

22  of other businesses owned by them.  Adherence to the fiction of the separate

23  existence of El Paseo Jewelry Exchange, Inc. as an entity distinct from El Paseo

24  Jewelry, Inc. would permit an abuse of the corporate privilege and would sanction

25  fraud or promote injustice.

26              (iv)  Defendants El Paseo Jewelry Exchange, Inc. and El Paseo

27  Jewelry, Inc. will be collectively referred to herein as "El Paseo Jewelry."

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

1     (b) <u>Individual Defendants</u>.

2       (i) Defendant RAJU MEHTA ("Mehta") is a citizen of

3 California and resides within the Central District of California (this "District").

4 Upon information and belief, Mehta owns, supervises and/or controls the activities

5 and operations of El Paseo Jewelry and/or was involved in and was responsible for

6 the actions alleged herein.

7       (ii) Defendant IVAN KALENSKY ("Kalensky") is a citizen of

8 California and resides within this District.  Upon information and belief, Kalensky

9 owns, supervises and/or controls the activities and operations of El Paseo Jewelry

10 and/or was involved in and was responsible for the actions alleged herein.

11       (iii) Defendants Mehta and Kalensky will sometimes

12 hereinafter be referred to, individually and collectively, as the "Individual

13 Defendants."

14      (c) Defendants El Paseo Jewelry and the Individual Defendants will

15 sometimes hereinafter be referred to, individually and collectively, as

16 "Defendants."

17   5. Plaintiff is informed and believes, and based thereon alleges, that all of

18 the Defendants are and were in some manner legally liable for the conduct at issue

19 in this action.  Plaintiff is further informed and believes, and based thereon alleges,

20 that each Defendant was the principal, agent, employee, partner, member and/or

21 alter ego of the other and, with respect to the circumstances at issue in this action,

22 was at all times acting within the scope of one or more of such relationships and

23 with the implied and/or express direction, approval and ratification of each of the

24 other Defendants.

25        <u>JURISDICTION AND VENUE</u>

26   6. This action arises under Section 43(a) of the Lanham Act, 15 U.S.C.

27 § 1225(a) and this Court has subject matter jurisdiction over this action under

28 28 U.S.C. §1331 (federal question).  The Court has supplemental jurisdiction over

1  plaintiff's state law claims under 28 U.S.C. § 1367, in that the state law claims are

2  so related to the federal claims that they form part of the same case or controversy

3  and derive from a common nucleus of operative facts.

4      7.  Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because all

5  of the Defendants reside in California, and Defendants, or some of the Defendants,

6  reside in this District.  Venue is also proper in this District pursuant to 28 U.S.C.

7  § 1391(b)(2) because a substantial part of the events or omissions giving rise to the

8  claims alleged herein occurred in this District.

9  GENERAL ALLEGATIONS

10  The Gold Buying Process

11      8.  The recent economic downturn and the increase in the price of gold to

12  record high levels have led many people facing economic difficulties to sell jewelry

13  to supplement their incomes.  Among those forced to sell their, and their families',

14  treasured keepsakes are senior citizens and other of society's most economically

15  vulnerable citizens.  Few of these people are sophisticated in the sense that they

16  have no way of knowing the true value of their gold jewelry, much of which has

17  been passed down from parents and grandparents.  Thus, these people are

18  particularly susceptible to being taken advantage of by con artists and unscrupulous

19  business people who will sometimes pay a fraction of the true value of the jewelry.

20  Some of these dangers have been highlighted by consumer protection agencies and

21  in the popular press.

22      9.  As would be expected, most consumers sell their jewelry to the buyer who

23  they think will pay them the most money.  The value of the gold in a particular

24  piece of jewelry is determined by its "fine gold" content, which in turn is

25  determined by its karat and weight.  The term "karat" refers to the proportion of

26  fine gold that is present.  24 karat gold (often referred to as fine gold) contains one

27  hundred percent (100%) pure gold.[1]  24 karat gold is soft, bends easily and is not

28   

---

[1] Pure gold in commercial practice is 99.95% to fine, but is nominally considered 100%.

1    durable enough for jewelry.  Therefore, fine gold is mixed with other metals and

2    alloys, such as nickel or copper, to make jewelry.  In the United States, gold jewelry

3    is usually marked 18 karat, 14 karat, or 10 karat, containing seventy-five percent

4    (75%), fifty-eight and one-third percent (58.33%), and forty-one and two-thirds

5    percent (41.67%) fine gold, respectively.

6         10.  In a typical transaction, a buyer of secondhand gold jewelry tests the

7    gold content of the jewelry being offered for sale so as to determine its karat

8    content and its weight (usually measured in grams).  The buyer of the gold jewelry

9    will then pay the customer a sum which is usually determined by taking a

10   percentage of the value of the gold contained in the jewelry, this value being

11   determined by reference to the current price of gold, a price which fluctuates

12   throughout the day based on the performance of gold on the commodities markets.

13   After retaining the jewelry for the thirty (30) day holding period required by

14   California Business & Professions Code § 21636, the gold buyer typically will sell

15   the used jewelry to a gold refinery which will melt the jewelry down, separating the

16   pure gold from the alloy and creating bars of 24 karat gold.  A refinery will

17   typically pay a price equal to approximately ninety-five to ninety-eight percent

18   (95-98%) of the then prevailing price of gold.

19

20                      Defendants' 92-Percent Payout Advertisements

21        11.  Beginning on a date unknown to plaintiff but which is no later than

22   January 2010, and continuing to the present, El Paseo Jewelry has engaged in an

23   aggressive advertising campaign in newspapers, on cable television and over the

24   Internet, falsely advertising that it purchases gold jewelry from customers for a

25   price calculated at ninety-two percent (92%) of the current market price for gold.

26   These false statements, which constitute actionable false advertising and unfair

27   competition, are repeated orally in statements made by the Individual Defendants

28   when customers come to El Paseo Jewelry's retail store to sell their jewelry.

12. Defendants' advertising claims are false. El Paseo Jewelry actually pays much less for the secondhand jewelry it buys from the public, paying sums as low as sixty-five percent (65%) of the value of the gold (based on the then prevailing price). El Paseo Jewelry pays less than its advertised percentage by understating the weight of the jewelry, mischaracterizing the karat composition of the gold, and using, in its calculations, a price for gold that is lower than the applicable day's gold price.

13. Defendants have disseminated their false advertisements hundreds of times through various media, including print, television, and the Internet, including in prominent half page advertisements run daily in the *Desert Sun* newspaper.

14. The precise language used by Defendants in their various oral, written and electronic misrepresentations has varied, but typical of the types of language and copy used by Defendants to disseminate their false advertising claims are:

- The print ads run in the *Desert Sun* newspaper on January 16, 2010, January 22, 2010, February 22, 2010, May 5, 2010 and June 30, 2010 (stating "We Pay @ $1150 Gold (example)" and then giving monetary examples identified as equaling 92% of a $1,150 price for fine gold) (attached as Exhibit 1);

- The print ads run in the *Desert Sun* newspaper on September 13, 2010 and September 14, 2010 (stating "We Pay @ $1225 Gold (example)" and then giving monetary examples identified as equaling 92% of a $1,225 price for fine gold) (attached as Exhibit 2);

- The print ad run in the *Desert Sun* newspaper on September 15, 2010 (stating "We Pay @ $1225 Gold (example)" and then giving monetary examples equaling 92% of a $1,225 price for fine gold; this particular advertisement states that El Paseo Jewelry pays "up to" the stated sums) (attached as Exhibit 3);

1      • The print ad run in the *Desert Sun* newspaper on October 16,

2         2010 (stating "Sell Your Gold Now At $1300 Oz") (attached as

3         Exhibit 4);[2] and

4      • The Internet advertisement periodically run on the website

5         www.mydesert.com (stating "We Pay @ $1150 Gold

6         (example)" and then giving monetary examples identified as

7         equaling 92% of a $1,150 price for fine gold) (attached as

8         Exhibit 5).

9   Each of the advertisements attached to this Complaint is a true and correct copy of

10  an advertisement designed, paid for and run by Defendants, or some of the

11  Defendants, and is incorporated herein by this reference. Each of said

12  advertisements contains materially false and misleading statements and is literally

13  false and/or is such that would deceive a reasonable consumer.

14      15. El Paseo Jewelry, with the assistance and active encouragement of the

15  Individual Defendants, has also disseminated, and continues to disseminate, its

16  false advertising on cable television including, without limitation, on the CNBC

17  and ESPN cable television stations. Defendants have included in their television

18  advertisements the same false claim that El Paseo Jewelry pays "92% for Gold."

19  Attached hereto as Exhibit 6, as an example, is a true and correct copy of a

20  screenshot taken from one of El Paseo Jewelry's television advertisements run in or

21  around June 2010 on CNBC.

22      16. El Paseo Jewelry does not pay "92% for Gold," and does not buy gold at

23  the prices stated in its advertisements. Accordingly, Defendants' advertisements

24  contain false, deceptive, and misleading information and violate the Lanham Act

25  and California state laws prohibiting unfair competition, false advertising, and

26  unfair trade practices.

27      ───────────────────

    [2] On October 15, 2010, the closing price for fine gold on the New York commodities exchange was
    $1,368.90 per ounce. If El Paseo Jewelry was truly paying $1,300 per ounce as it advertised on that date, Defendants

28  would have had to have been paying 95% of the price of gold, which it was not.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

1

2 <u>Violation of Secondhand Dealer Statutes</u>

3       17.  California has enacted a comprehensive statutory framework regulating

4 the licensing and conduct of "secondhand dealers," codified at California Business

5 & Professions Code § 21625 *et seq.* (the "Secondhand Dealer Statutes").  California

6 began the regulation of secondhand dealers to help prevent trafficking in stolen

7 goods and to provide for a uniform statewide reporting system for tangible personal

8 property acquired by persons whose business is the buying and selling of such

9 personal property.

10      18.  El Paseo Jewelry is a "secondhand dealer" as that term is defined in

11 Section 21626[3] and, thus, is required to be licensed as such by Section 21640.  In

12 addition, El Paseo Jewelry, in connection with its gold buying business, is, and has

13 been, required to comply with all of the various requirements contained in Sections

14 21625-47 including, *inter alia*, the following:  (a) obtain the identification and

15 fingerprint of each person from whom it buys gold (Section 21628); (b) prepare and

16 submit to law enforcement daily reports that contain complete and reasonably

17 accurate descriptions of all items purchased from members of the public

18 (Section 21628); (c) retain all gold purchased from members of the public for a

19 period of thirty (30) days (Section 21636); and (d) include, in all public

20 advertisements, the number of its secondhand dealer's license (Section 21636.6).

21      19.  For a period beginning in or around 2008 and continuing until October

22 2010, El Paseo Jewelry operated unlawfully by purchasing gold jewelry, gold coins,

23 diamonds and other precious jewels and metals without having obtained the

24 required Secondhand Dealer's license.  El Paseo Jewelry only applied for and

25 obtained a license after plaintiff filed a formal complaint with local law

26 enforcement authorities.

27 _____

28      [3] Unless stated otherwise, all references herein to statutory sections refer to the applicable sections of the
California Business & Professions Code.

20.   During this same time period, beginning in or around 2008 but continuing to the present, El Paseo Jewelry, on information and belief, has violated, and continues to violate, various provisions of the Secondhand Dealer Statutes by, *inter alia*, engaging in the following unlawful behavior:  (a) failing to obtain proper identification and a legible fingerprint from sellers of gold or other precious metals; (b) failing to create or submit to law enforcement the required reports of gold or other items purchased from members of the public; (c) failing to retain for a period of thirty (30) days the gold jewelry purchased from members of the public; and (d) failing to include in public advertisements its Secondhand Dealer's license number.

21.   During the period of time between Defendants' being contacted by local law enforcement authorities regarding their lack of a Secondhand Dealer's license and El Paseo Jewelry's obtaining of a license in October 2010, Defendants temporarily ceased the buying of gold jewelry from the public.  However, during this time period when El Paseo Jewelry was not purchasing gold jewelry, it engaged in further acts of unfair competition by:  (a) falsely telling customers that its Secondhand Dealer's license had "expired" and that it was in the process of renewing its license (when, in fact, El Paseo Jewelry had never been issued a license in the first place); (b) urging customers to refrain from selling their gold to other gold buyers such as plaintiff, and to wait until El Paseo Jewelry had "renewed" its license; and (c) giving inflated price quotes to customers that far exceeded the value of the jewelry that the customers were seeking to sell, causing the customers, on numerous occasions, to take their jewelry to plaintiff and demand that plaintiff match El Paseo Jewelry's illusory price quotes.

22.   On September 10, 2010, plaintiff sent a "cease and desist" letter to El Paseo Jewelry, to which Defendants have not responded.  Notwithstanding this letter and follow-up correspondence sent on October 1, 2010, Defendants have persisted in the above-described wrongful and unlawful conduct.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
10.

<u>FIRST CLAIM FOR RELIEF</u>

(Violation of Section 43(a) of Lanham Act)

23. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 22, above, as though set forth in full.

24. Defendants, individually, in concert, and/or with others, have used in commerce false, deceptive, or misleading commercial advertising and promotion, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) by, among other things: making affirmative false, deceptive, and misleading statements regarding El Paseo Jewelry's purported payment of ninety-two percent (92%) of the then current price of gold for gold jewelry purchased from the public.

25. Defendants' actions have had an effect on interstate commerce in that: (a) Defendants have advertised in interstate commerce, including on television, on the Internet and in newspapers that have been distributed both within and outside the State of California; and (b) it is likely, given the large number of tourists and winter residents who come to Palm Desert, that at least some of Defendants' customers are from states other than California.

26. Defendants' false advertising and promotion has deceived and has the likelihood to continue to deceive customers and members of the public, and has influenced customers' gold selling decisions. Defendants are competitors of plaintiff, and Defendants' actions have caused, are causing, and will likely continue to cause competitive injury to plaintiff including, *inter alia*, the loss of sales and profits, injury to plaintiff's goodwill and reputation and the cost of corrective advertising.

27. Defendants' wrongful acts as herein alleged are causing plaintiff to suffer immediate and continuing irreparable injury, for which there is no adequate remedy at law. Accordingly, plaintiff is entitled to preliminary and permanent injunctive relief prohibiting dissemination of false, deceptive, and misleading

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
11.

1    advertising or promotion by Defendants or their agents about El Paseo Jewelry's

2    gold buying business.

3        28.  As a direct and proximate cause of Defendants' wrongful acts as herein

4    alleged, plaintiff has suffered and will continue to suffer significant monetary

5    damages in an amount which is as yet unascertained but which plaintiff is informed

6    and believes is in excess of $2,000,000.

7        29.  Pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117, plaintiff is

8    also entitled to, and prays for, an award of Defendants' profits realized as a result of

9    their wrongful acts, treble damages and reimbursement of its reasonable attorney's

10   fees.

SECOND CLAIM FOR RELIEF

(Violation of Unfair Competition Law, Section 17200)

13       30.  Plaintiff realleges and incorporates herein by reference the allegations

14   contained in paragraphs 1 through 29, above, as though set forth in full.

15       31.  Within a period four years prior to the filing of this Complaint,

16   Defendants engaged in acts of unlawful, unfair, and fraudulent business practices,

17   in violation of California's Unfair Competition Law contained in Section 17200 of

18   the California Business and Professions Code ("Section 17200").  These acts

19   include, *inter alia*, the following:  (a) dissemination of false and deceptive

20   advertisements to the effect that El Paseo Jewelry pays a price for gold jewelry

21   calculated as ninety-two percent (92%) of the then prevailing market price for gold

22   when, in actuality, it pays prices substantially less than that; (b) the making of false

23   and misleading statements pertaining to the physical characteristics of the gold

24   jewelry presented by consumers for sale, including statements pertaining to the

25   weight and karat composition of the gold contained in the jewelry; (c) the violation

26   of various requirements imposed on Defendants by the Secondhand Dealer Statutes;

27   and (d) the giving of inflated and illusory price quotes to potential customers which

28   are in excess of the value of the gold contained in the customer's jewelry.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

32.  As a direct and proximate result of Defendants' acts of unfair competition in violation of Section 17200, plaintiff is entitled to an order of restitution requiring Defendants to restore to plaintiff all benefits wrongfully obtained by Defendants as a result of Defendants' wrongful behavior.  Plaintiff is also entitled to preliminary and permanent injunctive relief prohibiting Defendants from engaging in the alleged acts of unfair competition.

### THIRD CLAIM FOR RELIEF

(Violation of False Advertising Law, Section 17500)

33.  Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 32, above, as though set forth in full.

34.  Within a period four years prior to the filing of this Complaint, Defendants engaged in acts of false advertising in violation of California's False Advertising Law contained in Section 17500 of the California Business and Professions Code ("Section 17500").

35.  Defendants made and disseminated, caused to be made and disseminated, continue to make and disseminate, and continue to cause to be made and disseminated, untrue and misleading statements that Defendants knew, or in the exercise of reasonable care should have known, was untrue or misleading, and which concerned personal property or services or their disposition, all in violation of Section 17500.

36.  As a direct and proximate result of Defendants' acts of false advertising in violation of Section 17500, plaintiff is entitled to an order of restitution requiring Defendants to restore to plaintiff all benefits wrongfully obtained by Defendants as a result of Defendants' wrongful behavior.  Plaintiff is also entitled to preliminary and permanent injunctive relief prohibiting Defendants from engaging in the alleged acts of false advertising which, unless enjoined, will continue to cause confusion and public deception in the marketplace.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
13.

## FOURTH CLAIM FOR RELIEF

(Interference With Prospective Economic Advantage)

37.  Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 36, above, as though set forth in full.

38.  Defendants have interfered and continue to interfere with plaintiff's prospective economic advantage by, *inter alia*, the following:  (a) during the period of time that El Paseo Jewelry was not buying gold, providing customers with inflated quotes for jewelry that Defendants had no intention of honoring; and (b) falsely advertising that El Paseo Jewelry pays prices for jewelry which are materially in excess of the prices which El Paseo Jewelry actually pays.

39.  A prospective economic relationship having a probable future economic benefit or advantage to plaintiff exists between plaintiff and members of the public in the Palm Desert area who desire to sell their secondhand gold jewelry

40.  But for Defendants' tortious behavior, the customers, or many of the customers, who were wrongfully induced to sell their gold jewelry to El Paseo Jewelry would have sold their jewelry to plaintiff.  Thus, Defendants have wrongfully interfered with the prospective economic relationship between plaintiff and these customers.

41.  Specifically, but not exclusively, with respect to those members of the public to which Defendants gave inflated and illusory price quotes during the period of time when El Paseo Jewelry was not buying gold jewelry while it waited for issuance of a Secondhand Dealer's license, plaintiff had a probable economic opportunity to purchase gold jewelry from those persons.  Defendants' wrongful conduct intentionally interfered with those prospective economic relationships.

42.  As a direct and proximate result of Defendants' wrongful acts of interference with plaintiff's prospective economic advantage, plaintiff has suffered substantial and continuing damages, the exact extent of which is currently not known to plaintiff, but which include lost sales and profits in an amount which is as

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
14.

1   yet unascertained but which plaintiff is informed and believes is in excess of

2   $2,000,000.

3       43.  Defendants have acted with oppression, fraud or malice such that

4   plaintiff is entitled to punitive and exemplary damages against Defendants.

5

6                   <u>PRAYER FOR RELIEF</u>

7       WHEREFORE, plaintiff OUT OF THE BOX ENTERPRISES, LLC prays

8   that judgment be entered against Defendants, and each of them, jointly and

9   severally, as follows:

10      1.  For compensatory damages in an amount according to proof at trial, but

11  which plaintiff is informed and believes is in excess of $2,000,000;

12      2.  Under the Lanham Act, for an award of Defendants' profits realized as a

13  result of their wrongful acts, treble damages and reimbursement of plaintiff's

14  reasonable attorney's fees;

15      3.  Under Section 17200 and Section 17500, for an award of restitution

16  requiring Defendants to restore to plaintiff all benefits wrongfully obtained by

17  Defendants as a result of Defendants' wrongful behavior;

18      4.  For preliminary and permanent injunctive relief enjoining Defendants

19  from the acts of unfair competition and false advertising alleged herein;

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
15.

5. A monetary award equal to the cost of corrective advertising necessary to correct the false and misleading impressions created by Defendants in the marketplace with respect to prices reasonably paid to members of the public seeking to sell gold jewelry or, in the alternative, for an order requiring Defendants to disseminate among customers corrective advertising, to dispel the false and deceptive messages contained in the subject advertising;

6. On the Fourth Claim For Relief, for an award of punitive and exemplary damages;

7. For its costs of suit incurred herein;

8. For such other and further relief as the court may deem just and proper.

DATED: December 2, 2010

BUCHALTER NEMER
A Professional Corporation

By _Lawrence Steinberg_
Lawrence B. Steinberg
Attorneys for plaintiff
OUT OF THE BOX ENTERPRISES, LLC

## DEMAND FOR JURY TRIAL

Pursuant to Fed.R.Civ.P. 38 and Local Rule 38-1, plaintiff demands a jury trial on all issues so triable.

DATED: December 2, 2010

BUCHALTER NEMER
A Professional Corporation

By _Lawrence Steinberg_
Lawrence B. Steinberg
Attorneys for plaintiff
OUT OF THE BOX ENTERPRISES, LLC

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
7275089_4.DOC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
16.

**EXHIBIT 1**

# Gender shift: More moms become breadwinners

## Job losses have more dads staying at home, according to census data

**BY HOPE YEN**
The Associated Press

WASHINGTON — The number of working moms who are the sole breadwinners in their families rose last year to an all-time high, and the number of stay-at-home dads edged higher, in a shift of traditional gender roles caused partly by massive job losses.

The number of moms who were the only working spouse rose for the third straight year, according to Census Bureau figures released Friday. The number of dads who were the only working spouse dropped, and the number of stay-at-home dads ticked higher.

The figures are for married couples with kids under 18.

"Women are really stepping in and helping families stay afloat. The question is whether men are stepping up and picking up the slack after the husband was let go.

By the numbers, about 4 percent or 963,000 moms were the only parent in the labor force. The share of fathers as the sole worker was much bigger — 28.2 percent or 7.3 million — but still the lowest since 2001. The share of couples who both worked stayed the same at 66 percent or 17 million.

There were 158,000 stay-at-home dads, up from 140,000 in 2008. Still, the number is less than 1 percent of married couples.

The recession's toll has been harder on male-dominated industries such as construction and manufacturing. There are also longer-term cultural changes at work, too, as more women earn college degrees and the better job opportunities they bring.

"The economic crisis is heavily affecting families, and what the latest data show is that gender roles are flexible and are going in the direction of egalitarian roles," said Pamela J. Smock, a sociology professor at the University of Michigan.

She said the shifts could have lasting effects after the economy rebounds, as people become more accustomed to the roles of breadwinner moms and stay-at-home dads.

Smith sees a continued reliance on wives as breadwinners, "particularly if we see a jobless economic recovery like we did after the 2001 recession."

Her research on working moms found that employed wives last year contributed to 45 percent of total family earnings. That was up from 44 percent in the previous year, the largest single-year increase in the last decade.

The latest trends coincide with overall increases in women in the work force. In fact, women are close to outnumbering men in the work force for the first time. Women held 49.9 percent of the nation's 131 million jobs last November, the most recent data available.

Analysts cautioned the latest numbers may be somewhat illusory, since women still hold fewer executive positions and their jobs, particularly among mothers, are often part-time.

Women's pay still lagged men's. For every dollar a man earned, full-time jobs earned salaries equal to 77.9 percent of what men earned,

"Women are really stepping in and helping families stay afloat. The question is whether men are stepping up and picking up the slack around home."

**KRISTIN SMITH**
family demographer at the University of New Hampshire

up from 77.5 percent in 2007 and about 64 percent in 2000.

According to the Census data, the increase in the number of moms as the only worker was seen across all racial and ethnic groups. But it was biggest among black women, whose numbers rose from 9 percent in 2007 to 12 percent last year as black men suffered disproportionately higher rates of unemployment. The share of Hispanic moms rose from 5 percent to 8 percent, while the share of white non-Hispanic women rose from 4 percent to 7 percent and the share of Asian women grew from 5 percent to 7 percent.

There are an estimated 5.3 million "stay-at-home" parents in the U.S., based on a narrow definition in which one spouse is in the labor force for the entire year and the other spouse is not for the reason of "taking care of home and family."

The number of stay-at-home moms declined from 5.3 million in 2008 to 5.1 million last year. That was the lowest since 2001, also during a recession.

The 2009 data are based on the Census Bureau's Current Population Survey, which was conducted last March.



# WE PAY THE MOST FOR GOLD PERIOD!

| GOLD CONTENT | WE PAY @ $1150 GOLD |
|---|---|
| 10K | $14.10 @ GRAM(92%) |
| 14K | $19.90 @ GRAM(92%) |
| 18K | $25.50 @ GRAM(92%) |
| GOLD COINS | $1120 @ OZ.(97%) |

## WE PAY 97% FOR GOLD COINS

## WE'LL BEAT ANY OFFER

WE'LL BEAT ANY PRICE!

## El Paseo Jewelry

LOWEST PRICES

73-375 El Paseo
Palm Desert
760-773-1040

Hours
Mon - Sat 10-5
Sun 11-5

Diamonds • Gemstones • Jewelry Repair • Custom Designs



RICHARD DREW THE ASSOCIATED PRESS
Capt. Chesley "Sully" Sullenberger (kneeling foreground right), pilot of the US Airways flight that had a water landing in New York's Hudson River last year, poses Friday for a photo with passengers and crew on the anniversary of the incident in New York.

## A year after the miracle, a toast on the Hudson

### Passengers, crew celebrate plane's landing

**BY SAMANTHA GROSS**
The Associated Press

NEW YORK — Crying, cheering and embracing, the survivors of US Airways Flight 1549 raised a toast to life Friday, marking the anniversary of their harrowing water landing with a return to the place their crippled jet hit the Hudson River.

Hollering, they raised their glasses at 3:31 p.m., the moment of impact, on one of the ferries that plucked them shivering from the water just minutes after they splashed down. With the sun gleaming on the Hudson and festive sprays of colorful water shooting into the sky behind them, they made the toast at the approximate place where the plane went down after a half-day of gatherings to mark their miraculous survival.

In the extra year that no one expected they would have, the survivors have been coping with the trauma of their terrifying crash but also discovering new gifts. One passenger, Jennifer Doyle, is pregnant. Karin Hill became Karin Hill Rooney when she married her boyfriend, who was sitting next to her as the plane went down. Another two, Ben Bostic and Laura Zych, strangers at the time of the crash, have fallen in love and began dating.

The year has also been a difficult one. Ann Oblak, who saw her 73rd birthday after surviving the crash, still sometimes has dreams of being on the plane meeting glare. She and her husband took a train from their home in Lancaster, S.C., to reunite with the other passengers. The Croatia native has yet to get on a plane again, and she's been too afraid to get on a boat and return to the water.

Still, they were determined to join in Friday's celebration, she said, to see the other passengers again.

### Hero's welcome

At the ferry terminal, Capt. Chesley "Sully" Sullenberger was mobbed by well-wishers. Passengers ran to get their cameras and pose with the man who was so instrumental in saving their lives — a celebrity even among this group of celebrities.

Among the group was Hannah Acton, whose husband, Patrick, was on the flight.

"Thank you so much," she told the pilot, tears welling behind her thick-rimmed glasses, clutching a copy of his book to her chest.

Later, she recalled the dread she felt after getting a call that her husband's plane had gone down, then not knowing for 25 minutes whether he was dead or alive as she watched the rescue on television.

"I was hysterical," she said. "I thought, 'Oh my God, now I'm watching my husband die.'"

The plane's entire crew was present. Co-pilot Jeffrey Skiles was there, as were flight attendants Doreen Welsh, Donna Dent and Sheila Dail.

Welsh had been nervous as the anniversary approached. After nearly drowning as the river filled the back of the plane, she developed post-traumatic stress disorder and a fear of water. Returning to the Hudson for the ferry ride was scary.

After the toast, she sat on a bench and found herself in tears. But after all that fear, she was crying for a different reason.

"How lucky we all are. How lucky we are to be here," she said.

### Ironic beverage

For the toast, one passenger provided champagne. Another arranged for Grey Goose vodka to donate some bottles of liquor, said Pat Smith, a spokesman for NY Waterway, the employer of ferry crews that rescued many of the 155 people aboard. It was apparently a wry nod to the flock of geese that disabled the engines of the Airbus A320.

Smith said that some passengers had approached NY Waterway to ask their help in arranging the on-the-water celebration. The ferry company donated the use of their terminal and boats for the event.

The gathering allowed one woman to return the jacket that ferry Capt. Vince Lucante had given her and another passenger off his back. The two drenched women had sat, huddled together and shivering on the ferry, with their feet dug into the sleeves of his jacket.

In a strange anniversary coincidence, the pilot of a two-seater plane heading toward the river to fly a banner marking the anniversary landed had to make an emergency landing at the former Fresh Kills landfill. The pilot was uninjured, police said.

**EXHIBIT "1"**
[Page 1 of 5]

**World**

## A cleansing process



RAJESH KUMAR SINGH THE ASSOCIATED PRESS

A Hindu holy man takes a dip at Sangam, the confluence of the Ganges and Yamuna rivers, on the auspicious day of Basant Pachami during the month-long "Magh Mela" in Allahabad, India, on Wednesday. Hundreds of thousands of devout Hindus take a bath at the confluence during the astronomically auspicious period of over 30 days to rid themselves of their sins and attain prosperity.

## Ex-U.K. official defends move to topple Saddam

BY GREGORY KATZ
The Associated Press

LONDON — Former British Foreign Secretary Jack Straw told the country's long inquiry on Thursday that he agonized over the decision to topple Iraqi dictator Saddam Hussein with force, but feels officials made the best decision they could.

"I believed at the time, and I still believe, that we made the best judgements we could have done in the circumstances," Straw said in a written statement presented as evidence. "We did so assiduously and on the best evidence we had available at the time."

Straw, a key figure in former Prime Minister Tony Blair's administration, said the decision to go to war was the most difficult he has ever made. He also testified before the inquiry Thursday afternoon to explain his decision to back the war plan, which had the strong support of U.S. President George W. Bush.

Straw asserted that had he opposed the plan, Blair would have been unable to persuade the rest of the Cabinet and the Parliament to support the decision to invade, and the war plan would not have been implemented.

He said he knew many were "very angry" about the decision



MATT DUNHAM THE ASSOCIATED PRESS

Britain's Justice Secretary Jack Straw arrives to speak at the Iraq inquiry on Thursday.

to join the U.S.-led invasion rather than seek a diplomatic solution or keep trying to contain the Iraqi dictator.

Straw, currently serving as Britain's justice minister, said he deeply regrets the loss of life caused by the war and its aftermath.

But he said there was no way for officials to know that the widely accepted claim that Saddam had weapons of mass destruction would turn out to be inaccurate.

## WORLDBRIEFS

**baghdad**

### Leader questions vote-panel authority

Iraq's president sought to calm rising pre-election tensions Thursday, pushing for a legal ruling on whether a political vetting panel had the right to blacklist hundreds of candidates for suspected links to Saddam Hussein's Sunni-led regime.

The proposed ban has muddied preparations for parliamentary elections March 7 and raised fears that U.S.-backed efforts to promote national unity could be undermined.

Vice President Joe Biden is expected to visit Baghdad soon, underscoring Washington's concern about the flare-up between the Shiites who claimed wide control of Iraq after Saddam's fall and Sunnis who seek a greater say in Iraq's decisions.

**kabul**

### U.S. to tighten rules on Afghan raids

NATO forces in Afghanistan are preparing to limit night raids on private homes, even if it means losing some tactical advantage, to curb rising public anger.

NATO spokesman Rear Adm. Gregory Smith told The Associated Press in an exclusive interview that a directive would be issued soon to down the new rules.

Nighttime raids on private homes have emerged as the

Afghans' No. 1 complaint after Gen. Stanley McChrystal limited the use of airstrikes and other weaponry last year. The U.S. and allied nations have made protecting the population a priority over the use of massive firepower as they seek to undermine support for the Taliban.

**warsaw, poland**

### Stolen Auschwitz sign is returned

The infamous "Arbeit Macht Frei" sign stolen last month from Auschwitz and broken into three pieces was returned to the museum at the site of the Nazi death camp Thursday.

Police — who had quickly recovered the damaged sign after its theft — gave it to museum officials at a brief ceremony in Krakow. It was then taken to the museum 50 miles away, where conservation experts examined the three dark steel pieces of the sign, whose cynical Nazi slogan means "Work Sets You Free."

Thieves had cut up the sign at the site of the death camp the night of their heist to make it easier to transport in their getaway car.

Five Polish suspects have confessed to stealing it on Dec. 18. However, officials are still seeking a suspected neo-Nazi from Sweden who is believed to have ordered the theft, possibly for a collector of Nazi memorabilia, prosecutors said.

— WIRE REPORTS

## U.S. loses edge in Taliban fight

### Overstretched Pakistani military says no offensive soon in Afghan border region

BY SAEED SHAH
McClatchy Newspapers

ISLAMABAD — Obama administration efforts to pacify Afghanistan suffered a major setback Thursday with the announcement in Pakistan that Pakistan's military plans no new assault this year on Taliban sanctuaries near the Afghan border.

U.S. strategy in Afghanistan depends on shutting off Taliban havens in Pakistan, especially in the North Waziristan area, where leaders of the Haqqani network, which is considered the most dangerous insurgent group in Afghanistan, shelter.

Pakistan's chief military spokesman, Maj. Athar Abbas, said that any new offensive against the Taliban would have to wait until next year.

"We are not going to conduct any major new operations against the militants over the next 12 months," Abbas told the BBC. "The Pakistan army is overstretched, and it is not in a position to open any new fronts."

Abbas later revised his remarks, telling reporters who were traveling with U.S. Secretary of Defense Robert Gates that operations would have to wait "six months to a year."

The military did not respond to a request from McClatchy Newspapers for clarification.

Abbas made his remarks just as Gates arrived in Pakistan for talks that were widely expected to be aimed at pressing Pakistan to expand its military operations against the Taliban and al-Qaida. Last year, the

U.S. pressured Pakistan into sending troops into the country's Swat valley, which Pakistani Taliban had overrun, and then into South Waziristan, again against Pakistani Taliban.

The military, however, hasn't moved against Afghan Taliban or the Haqqani network, which Pakistan usually denies operate from its soil. Critics have accused Pakistan's army of remaining close to some insurgent groups that it had backed in the past, including the Haqqani network, a charge that the military vehemently denies.

Gates met with Pakistan's army chief and civilian president Thursday and played down any rift with Islamabad. "We have to do this in a way that is comfortable for them, and at a pace that they can accommodate and is tolerable for them," Gates said. "Frankly, I'm comfortable doing that. I think

having them act that pace as to what they think the political situation will bear is almost certainly the right thing to do."

Pakistani public opinion is deeply anti-American, while the civilian government has been shown repeatedly not to be in control of the military.

Pakistan's military has argued that it must first tackle the extremist groups that are threatening the country's government before taking on militants who fight only in Afghanistan. U.S. officials argue that the extremist groups that are operating along the Pakistani-Afghan border are inextricably linked.

"It is important to remember that the Pakistani Taliban operates in collusion with both the Taliban in Afghanistan and al-Qaida, so it is impossible to separate these groups," Gates wrote in an opinion piece published Thursday in The News, a Pakistani daily newspaper.



# WE PAY THE MOST FOR GOLD PERIOD!

| GOLD CONTENT | WE PAY @ $1150 GOLD (EXAMPLE*) |
|---|---|
| 10K | $14.10 @ GRAM (92%) |
| 14K | $19.90 @ GRAM( 92%) |
| 18K | $25.50 @ GRAM (92%) |
| GOLD COINS | $1120 @ OZ. (97%) |

*AMOUNT PAID WILL VARY BASED ON DAILY GOLD MARKET

## WE PAY 97% FOR GOLD COINS

## WE'LL BEAT ANY OFFER

WE'LL BEAT ANY PRICE!

## El Paseo Jewelry
73-375 El Paseo
Palm Desert
760-773-1040

LOWEST PRICES

Hours
Mon.-Sat 10-6
Sun. 11-5

Diamonds • Gemstones • Jewelry Repair • Custom Designs

EXHIBIT "1"
[Page 2 of 5]

A6 | THE DESERT SUN | MONDAY, JANUARY 28, 2010

# Pediatricians urge choking warning labels for food

BY LINDSEY TANNER
The Associated Press

CHICAGO — When 4-year-old Eric Stavros Adler choked to death on a piece of hot dog, his anguished mother never dreamed that the popular kids' food could be so dangerous.

Some food makers including Oscar Mayer have warning labels about choking, but not nearly enough, says Joan Stavros Adler, Eric's mom.

The American Academy of Pediatrics agrees. The nation's largest pediatricians group is calling for sweeping changes in the way food is designed and labeled to minimize children's chances for choking.

Choking kills more than 100 U.S. children 14 years or younger each year and thousands more — 15,000 in 2001 — are treated in emergency rooms. Food, including candy and gum, is among the leading culprits, along with items like coins and balloons. Of the 141 choking deaths in kids in 2006, 61 were food-related.

Surveillance systems lack detailed information about food choking incidents, which are thought to be underreported, but remain a significant and under-appreciated problem, said Dr. Gary Smith, director of the Center for Injury Research and Policy at Nationwide Children's Hospital in Columbus, Ohio.

Smith is lead author of a new policy report from the pediatrics academy that seeks to make choking prevention a priority for government and food makers. The report was released today in the journal Pediatrics.

Doctors say high-risk foods, including hot dogs, raw carrots, grapes and apples — should be cut into pea-sized pieces for small children to reduce chances of choking. Some say other risky foods, including hard candies, popcorn, peanuts

and marshmallows, shouldn't be given to young children at all.

Federal law requires choking warning labels on certain toys including small balls, balloons and games with small parts. Unless food makers voluntarily put more warning labels on high-risk foods, there should be a similar mandate for food, the pediatrics academy says.

Adler, a Warren, N.J. attorney who pushed for more warning labels after her son died in 2001, says she hopes the academy's efforts will work. Several efforts to pass federal legislation for labels have failed in Congress.

The group also urges the Food and Drug Administration to work with other government agencies to establish a nationwide food-related choking reporting system; and to recall foods linked with choking.

The academy says the food industry should avoid shapes and sizes that pose choking risks.

Something as simple as making lollipops flat like a silver dollar instead of round like a pingpong ball can make a big difference, said Bruce Silverglade, legal affairs director at the Center for Science in the Public Interest, which also has lobbied for more attention to choking prevention.

Grocery Manufacturers Association spokesman Scott Openshaw declined to say whether food makers would consider warning labels or new designs, but said making parents aware of choking dangers is key to keeping kids safe.

At the FDA, spokeswoman Rita Chappelle said the agency will review the academy's analysis and recommendations. She said the FDA also would continue consulting with the Consumer Product Safety Commission on assessing choking hazards associated with food and take action on a case-by-case basis.



Joan Stavros Adler sits in her home Thursday in Warren, N.J., as she holds a photograph of her son Eric Stavros Adler, who choked to death on a piece of hot dog nine years ago at age four.
MEL EVANS, THE ASSOCIATED PRESS

## NATIONAL BRIEFS

### tyler, texas
**ATF charges 2 men in Texas church fire**

Federal authorities say two men have been charged with setting an east Texas church on fire and are suspected in a string of similar blazes this year.

Bureau of Alcohol, Tobacco, Firearms and Explosives spokesman Tom Crowley says 19-year-old Jason Robert Bourque and 21-year-old Daniel George McAllister were charged Sunday with felony arson in connection with a fire last month at a church in Smith County in east Texas.

Crowley says the men are suspected of intentionally setting other fires in east Texas, where 10 churches have burned since Jan. 1. Authorities suspect a fire at a church in the central Texas town of Temple was also arson.

Bond for each suspect was set at $10 million.

Crowley says he has no information on the suspects' attorneys.

### beaver creek, colo.
**Gerald Ford's former Colo. home for sale**

A home that former President Gerald Ford once owned in a Colorado ski resort town is for sale.

The current owners of the Beaver Creek residence have listed it for sale with Forbes Sotheby's International Realty at nearly $13 million.

Ford's wife, Betty, sold the home after Ford died in 2006 at age 93.

The seven-bedroom house has more than 11,000 square feet, an indoor pool and views of the Beaver Creek ski area.

### cape canaveral, fla.
**Space shuttle gets OK to land**

Space shuttle Endeavour and its six astronauts have gotten permission to land back in Florida.

Mission Control informed commander George Zamka on Sunday night that the weather has improved at Kennedy Space Center and will be acceptable for a landing. Endeavour is scheduled to touch down at 10:20 p.m.

At one point Sunday, flight controllers were doubtful the weather would cooperate because of clouds and possible rain.

The astronauts are wrapping up a two-week mission that resulted in the virtual completion of the International Space Station. They installed a new room and big bay window. All that's left are four shuttle flights to stock the outpost with more experiments, spare parts and supplies.

### bluffton, s.c.
**Archaeologists find octagonal house**

South Carolina archaeologists believe they might have unearthed the first octagonal house in the United States.

The ruins were found last fall on the banks of the May River in the southern coastal town of Bluffton. A letter written in 1796 by a visitor mentions the octagonal house and helps date the structure.

Archaeologists Heather Cline and Mary Socci say the 900-square-foot house was owned by Scottish immigrant William McKimmy and was built about 1790.

That would mean the home predates Thomas Jefferson's Poplar Forest. That home was built in the 1820s near Lynchburg, Va., and is considered to be the first octagonal house in the U.S.

The director of archaeological restoration at Poplar Forest says he questions whether the find in South Carolina is a full-size home.

### holliston, mass.
**Orphans seeking homes in the U.S.**

The number of international orphans who need homes in the United States is rising, largely because of armed conflicts in Africa and such disasters as the Haitian earthquake.

Federal refugee officials have already placed 700 orphans in homes in 14 states and the District of Columbia. They say they're having to ask states to take even more minors whose parents have either disappeared or been killed.

Massachusetts is being asked to add an additional 32 orphans to the 93 it already has taken. Paul Boulanger, a 68-year-old single father in Holliston, has fostered three dozen refugee children in 30 years. He now has teenagers from the Congo, China and Myanmar living with him.

### juneau, alaska
**Shipwreck may be causing oil sheen**

An increase in oil sheens near Juneau, Alaska, has the Coast Guard investigating a possible historic source — the Princess Kathleen, a passenger liner that sank in 1952.

Lt. j.g. Andrea Manuel says a remotely operated vehicle examined the shipwreck Wednesday, Thursday and Friday. She says the Coast Guard is assessing whether any fuel needs to be removed from the 369-foot vessel.

The Princess Kathleen was built in 1925. It ran aground and then sank off Lena Point in 1952 with no loss of life.

The sunken vessel rests on a slope in 80 to 160 feet of water. The vessel's fuel tanks could hold 155,000 gallons.

— THE ASSOCIATED PRESS

# WE PAY THE MOST FOR GOLD PERIOD!

| GOLD CONTENT | WE PAY @ $1150 GOLD (EXAMPLE*) |
|---|---|
| 10K | $14.10 @ GRAM (92%) |
| 14K | $19.90 @ GRAM (92%) |
| 18K | $25.50 @ GRAM (92%) |
| GOLD COINS | $1120 @ OZ. (97%) |

*AMOUNT PAID WILL VARY BASED ON DAILY GOLD MARKET

WE PAY 97% FOR GOLD COINS • WE'LL BEAT ANY OFFER

## FREE REPAIRS & FREE APPRAISALS

WE'LL BEAT ANY PRICE!

## El Paseo Jewelry

73-375 El Paseo
Palm Desert
760-773-1040

LOWEST PRICES

Hours
Mon - Sat 10-6
Sun 11-5

Diamonds • Gemstones • Jewelry Repair • Custom Designs

EXHIBIT "1"
[Page 3 of 5]

A4 | THE DESERT SUN | WEDNESDAY, MAY 5, 2010

## STATEBRIEFS

### santa rosa
**Police officer guilty in armored car heists**

A Santa Rosa police officer is facing up to 30 years in prison after being found guilty of robbing four armored cars.

Robert Starling was found guilty on Tuesday of 10 counts related to the robbery. Other charges including trying to intimidate a witness, and enhancements for using a gun.

Prosecutors say Starling committed robberies in Santa Rosa, Sebastopol and Novato between 2007 and 2009.

An accomplice, Andrew Eselinger, testified against Starling in exchange for leniency.

### san francisco
**Invasive vineyard moth in fifth county**

A vineyard-devouring moth has been found in Fresno County, marking an expanded threat by the invasive pest to California wine country.

The discovery announced Monday came despite a widening quarantine meant to halt the spread of European grapevine moths.

Fresno County agricultural officials said federal researchers captured three of the moths in area vineyards in recent days.

### yreka
**Shasta River salmon rescue effort begins**

State biologists have begun trapping coho salmon in a tributary of the Klamath River and moving them downstream in an effort to help the endangered fish survive.

The California Department of Fish and Game is moving coho salmon from the Shasta River to the middle of the Klamath River, where officials say they will be less susceptible to disease.

— WIRE REPORTS

# State boosts farm, city water quotas

**Deliveries set at 40% of requests, up from 30% previously, due to heavy snowpack**

The Associated Press

SACRAMENTO — The deepest Sierra Nevada snowpack in four years let California water officials increase deliveries to farmers and cities on Tuesday, after three years of drought that have forced restrictions on water use.

The state Department of Water Resources, which provides water to 25 million Californians and 750,000 agricultural acres, increased this summer's water deliveries to 40 percent of the amount requested. That's up from a projected 30 percent allocation last month.

The federal Bureau of Recla-mation made the same boost in water allocation Tuesday for the 36 agricultural water contractors it serves south of the Sacramento-San Joaquin Delta. Most other federal contractors, which include wildlife refuges and farms, cities and industrial users north of the delta, will receive all or most of the water they requested.

Most of California's massive and complex water-delivery system is a combination of state- and federally operated reservoirs and canals serving different users.

State water director Mark Cowin said the state will an-nounce its final projection for state water users later this month.

A Sierra snowpack that is 143 percent of normal for this time of year allowed water managers to preserve more this year.

Even with the deeper snowpack, water managers remain cautious after several years of drought. Lake Oroville north of Sacramento, the state water system's main reservoir, is about 61 percent of its capacity, which is about three-quarters of normal for this time of year.

In addition, federal wildlife agencies have imposed pumping restrictions intended to protect fish in the Sacramento-San Joaquin Delta, which means less water can be delivered to farmers and cities in Southern California, the San Joaquin Valley and San Francisco Bay Area.

"That's going to be a big issue for us, the fact that the delta pumping has been restricted and will continue to be restricted," said Santa Clara Water District spokesman Marty Grimes. "We're still addressing from three years of dry weather. That's another reason we're going to be continuing to urge conservation."

The district had imposed a 15 percent conservation requirement for much of the county of 1.8 million people that includes San Jose, Santa Clara, Sunnyvale and Cupertino. The county exceeded the goal with a 17 percent cut through March. With a larger allocation, the board is likely to consider switching from a mandatory to vol-untary water conservation program later this month, he said.

Farmers argue that water restrictions in the San Joaquin Valley have caused hundreds of millions of dollars in crop losses from fallowed fields and jobless farmworkers.

A 10 percent water restriction has meant limiting outdoor watering to two days each week for nearly half the state's population, the 19 million customers served by Southern California's Metropolitan Water District. That, plus price incentives, brought a 15 percent drop in usage this winter, said district spokesman Jeff Kightlinger.

A 60 percent state allocation means the district can meet demand without tapping reserves.

## San Francisco cases at risk due to errors in officer histories

BY TERRY COLLINS
The Associated Press

SAN FRANCISCO — A number of felony convictions could be in jeopardy as authorities investigate whether prosecutors provided defense attorneys with misconduct records of police officers who testified at trials, officials said Tuesday.

Chief District District Attorney Evan Gilardi told Police Chief George Gascon there were more than 30 officers whose histories would have to be disclosed to defense attorneys, according to a letter obtained by the San Francisco Chronicle.

The newspaper reported a more comprehensive review later turned up about 80 officers whose records could be questioned.

State law requires prosecutors to alert the defense when any witness, including a police offi-

"If this evidence is true, it is explosive and it will have a tremendous impact on criminal trials and cases that we have handled involving these officers."

**JEFF ADACHI**
public defender

cer, has been arrested or convicted of crimes or has been accused of misconduct.

Brian Buckelew, a spokesman for the district attorney's office, confirmed the problem Tuesday for The Associated Press but would not comment on the number of officers in question, saying it could be "80, 800 or eight because the police department hasn't let us know."

"To comment on what the



San Francisco Public Defender Jeff Adachi speaks Tuesday on a San Francisco Chronicle report that the criminal histories or misconduct records of more than 80 San Francisco police officers could put hundreds of felony convictions in jeopardy.
JEFF CHIU THE ASSOCIATED PRESS

impact may be is just too premature," he said.

Lt. Lyn Tomioka, a police spokeswoman, also declined to provide specific details.

"We can't confirm or deny the allegations. This is all part of an ongoing investigative process," Tomioka said.

Public Defender Jeff Adachi, whose office handles the majority of felony cases in the city, said his staff had not yet been notified by prosecutors or police of the problem.

However, if true, Adachi said,

the failure to come forward with the information on officers' criminal or misconduct records could threaten hundreds of cases.

Prosecutors previously dropped more than 600 criminal cases after a San Francisco police crime laboratory technician acknowledged skimming cocaine evidence she was testing.

Retired lab technician Deborah Madden remained under investigation. She has not been charged.

## Power plant rule aims to aid sea life

The Associated Press

SACRAMENTO — State water regulators on Tuesday ordered coastal power plants to begin phasing out a cooling process that is blamed for killing billions of aquatic organisms every year.

After a nine-hour public hearing, the five members of the state Water Resources Control Board voted unanimously to adopt regulations for 19 power plants that draw billions of gallons of ocean and estuary water each daily for cooling. The board said the so-called "once-through" cooling process inadvertently traps marine life and returns warm water to the ocean, which harms sensitive coastal habitats.

The new regulations would allow aging plants to develop replacement infrastructure before shutting down their current cooling systems, to avoid a potential energy shortage.



# WE PAY THE MOST FOR GOLD PERIOD!

## DIAMONDS TOO!

| GOLD CONTENT | WE PAY @ | $1150 GOLD (EXAMPLE*) |
|---|---|---|
| 10K | $14.10 @ GRAM( 92%) | |
| 14K | $19.90 @ GRAM( 92%) | |
| 18K | $25.50 @ GRAM( 92%) | |
| GOLD COINS | $1120 @ OZ. (97%) | |

*AMOUNT PAID WILL VARY BASED ON DAILY GOLD MARKET

## FREE REPAIRS & FREE APPRAISALS

### El Paseo Jewelry
73-375 El Paseo
Palm Desert
760-773-1040
Diamonds • Gemstones • Jewelry Repair • Custom Designs

Hours
Mon - Sat 10-5
Sun 12-5

Progressive American Cuisine Served in a Unique Private Club Setting.

Celebrate Cinco de Mayo with Our $5 Menu
Blue Agave Margaritas & Coronas
Carne Asada or Shrimp Tacos
Chicken Enchiladas
Chips, Salsa & Guacamole

Happy Hour Daily 4-6
Outdoor Patio & Putting Green
Live Entertainment

1/2 Off Select Bottles of Wine on Sundays & Mondays

Taste the Good Life.

Arnold Palmers Restaurant
78-164 Avenue 52 | La Quinta, CA 92253
(760)771-4653 | www.ArnoldPalmersRestaurant.com

**EXHIBIT "1"**
**[Page 4 of 5]**

**BEAT THE HEAT SALE ON NOW!**

AFFORDABLE STORAGE CABINETS
Let Us Organize & Increase Your Storage

* Mfg Custom Design & Install
* Garage Cabinets
* Work Benches
* Custom Closet Organizers
* Kitchen & Bath Pullout Shelves
* Built in Home Offices
* Laminated Counter Tops
* Hanging Metal Racks, Etc.
* Crown Molding

Custom Pullout Shelves — Get Off Your Knees

BUY DIRECT & SAVE

$49.95 each (White)

Quality Products AFFORDABLE Prices
Call owner Jim for Free Estimate
(760) 485-0110
(760) 347-3333

Palm Desert



Palm Desert may designate Shadow Mountain Golf Club, originally a resort in the 1940s, as a historic district.

OMAR ORNELAS DESERT SUN FILE PHOTO

## Panel backs club's play for historicity

BY K KAUFMANN
The Desert Sun

The Palm Desert Cultural Resources Preservation Committee voted unanimously Tuesday to recommend that the city designate the Shadow Mountain Golf Club as a historic district.

Dating back to the early days of Palm Desert, the club, at 73-800 Ironwood St., was the city's first golf course.

It is also the only course ever designed by Gene Sarazen, a legendary golfer of the 1920s and '30s, who was the first in the sport to win a career grand slam of all major tournaments.

"It's funny talking about a historic site from 1958, but it's part of our heritage in Palm Desert," said Conrad Knable, a member of the club's board of directors.

Club members are also buying the designation will prop up Shadow Mountain's public image and draw new players to the golf course.

"People at Shadow Mountain came to us because of the good things that can come (from the designation)," said Don Graybill, committee chairman.

After Tuesday's 6-0 vote, the committee's recommendation will go to the City Council at its Aug. 26 meeting, said Russell Grance, director of building and safety.

If the council approves the designation, the club will become the city's first historic district. The council recently approved a historic designation for the city's first fire station, at 72-861 El Paseo, now home to the Historical Society of Palm Desert.

Grance began the meeting by showing a short film on the history of Palm Desert, which included original footage on the opening of the club and its role in the city's development.

Shadow Mountain was the first project built by Clifford Henderson, one of the city's founding brothers, precisely to draw visitors and business to the area. Henderson opened the country club with its iconic figure-eight shaped pool in 1948, followed by the golf course in 1958.

### Can a golf course be deemed historic?

The short answer is yes. Palm Desert is far from alone in designating a golf course as a historic site.

The U.S. National Register of Historic Places includes several golf courses. Among the most illustrious and noteworthy:

* **Shinnecock Hills Golf Club:** On Long Island, this club is considered the oldest in the U.S. Founded in 1891, it has hosted the U.S. Open four times in three centuries.

* **Merion Golf Club:** Founded in 1896, this Ardmore, Pa., club has welter baskets rather than flags on the holes of its East Course. The club has held 17 U.S. Golf Association championship tournaments and will host the U.S. Open in 2013.

* **Clearview Golf Club:** The Canton, Ohio, course is the only U.S. golf club designed and operated by an African American. William Powell opened the club in 1948 because at the time, many clubs would not let African Americans play.

The golf course was bought by its members and split from the rest of the club in 1968.

Michael McFarlane, who now owns the country club and pool, said he also is considering applying to the city for a historic designation, but is still looking at potential impacts for homeowners at the club.

"For the golf course, we think it's a great designation," McFarlane said. "(But) we are within a homeowners association that may want to make changes to their facades."

Homeowners at the golf club raised similar concerns at a study session earlier this month, but city officials stressed that the historic district would only cover the golf course and clubhouse, with no effect on homes or condos on the fairways.

"This was the council's intention — preserving the past with people's permission," Grance said. "It brings more cohesive participation."

## CALIFORNIA LOTTERY

Multi-State Mega Millions Lotto/Tuesday

| Numbers picked | 3, 4, 15, 27, 37 | Meganumber 35 |
| JACKPOT: $96M | | |

SuperLotto Plus/Saturday

| Numbers picked | 5, 9, 14, 26, 29 | Meganumber 25 |
| PICKS | WINNERS | PRIZE |
| 5 plus mega | | $8 million |
| 5 no mega | 0 | $14,999 |
| 4 plus mega | 26 | $1,053 |
| 4 no mega | 698 | $75 |
| 3 plus mega | 1,047 | $42 |
| 3 no mega | 25,862 | $18 |
| 2 plus mega | 12,056 | $9 |
| 1 plus mega | 54,945 | $2 |
| mega only | 78,081 | $1 |
| Tonight's jackpot estimate (drawing: 7:57 p.m.) | | $9M |

Daily Derby/Tuesday
1st place ... 07, Eureka
2nd place ... 11, Money Bags
3rd place ... 10, Solid Gold
Race time ... 1:43.46
Match winners and zone for top prize.
Match to all four for other prizes.

Daily 3/Tuesday
Afternoon numbers picked 8, 2, 7
Night numbers picked 4, 7, 4
Match three in order for top prize.
Match in any order for other prizes.

Daily 4/Tuesday
Numbers picked 5, 4, 1, 0
Match four in order for top prize,
combinations for other prizes.

Fantasy 5/Tuesday
Numbers picked 20, 22, 24, 29, 30
Match all five for top prize. Match at least three for other prizes.

Lottery information, Riverside offices: (800) 568-8379
On the Web: www.calottery.com

WHILE OTHERS PROMISE...

# WE PAY THE MOST FOR GOLD PERIOD!

## DIAMONDS TOO
ANY SHAPE - ANY SIZE
WE'LL BEAT ANY OFFER

| GOLD CONTENT | WE PAY @ $1150 GOLD (EXAMPLE*) |
| 10K | $14.10 @ GRAM (92%) |
| 14K | $19.90 @ GRAM (92%) |
| 18K | $25.50 @ GRAM (92%) |
| GOLD COINS | $1120 @ OZ. (97%) |

*AMOUNT PAID WILL VARY BASED ON DAILY GOLD MARKET

WE PAY 97% FOR GOLD COINS
FREE REPAIRS & FREE APPRAISALS

El Paseo Jewelry
73-375 El Paseo
Palm Desert
760-773-1040

Hours Mon - Thur 10-5 Fri - Sat 10-6 Closed Sun

Diamonds • Gemstones • Jewelry Repair • Custom Designs

EXHIBIT "1"
[Page 5 of 5]

Case 5:10-cv-01858-VAP-DTB Document 1 Filed 12/02/10 Page 23 of 33 Page ID #:354

Across the valley

**INSIDER: Campaigns kicking into full gear with ads, candidate forums**

*Continued from B1*

son were bestowed with a number of plaques and even a key to the city.

Which got us thinking: Just how many people have such VIP access to Palm Desert?

A little research found this is at least the fifth key city officials have presented in recent years.

Mayor Cindy Finerty told The Desert Sun she also handed them out to a master sergeant stationed at the Marine Corps base in Twentynine Palms and also to the mayor of Gumi when a South Korean delegation visited the city.

Desert Sun records also show they were given to the local youth sports association president in 2008 and to the alternative rock band Switchfoot when they performed a free show at Schmidy's Tavern in December.

Others would be fine with more limited access.

"Since you gave away the key to the city, can I have the key to the Apple store?" Bono Mack joked at last week's dedication event.

**Filling big shoes**

Those interested in filling the vacancy left by the recent passing of Palm Desert Councilman Dick Kelly must submit their applications by noon today.

Council will interview the hopefuls during a special meeting that starts at 2 p.m. Sept. 20.

**Informing voters**

With Election Day less than two months away, groups are beginning to host candidate forums.

Two such events will be held for the Indio council hopefuls this week alone, details of which can be found in this column's political calendar.

And on Sept. 29, the Rancho Mirage Chamber of Commerce will again host a legislative forum for the state legislative races and the much-watched 45th Congressional campaign.

Know of any more? Send them our way, so we can include them in our regular listing.

**Online notification**

Starting today, the Fair Political Practices Commission will post online the names of candidates and committees that are under investigation.

Officials with the state's watchdog agency said in a release that it is an "effort to discourage unlawful behavior by state candidates and campaigns."

The FPPC chairman also vowed to "publicly castigate" those who file complaints without any merit to punish those campaigns that file "frivolous charges against their opponents in attempts to attract media coverage."

**overheard**

Desert Hot Springs council members last week reviewed the western Coachella Valley application for a state-designated enterprise zone.

"This is the greatest thing that can ever happen to the city of Desert Hot Springs if we can get this designation," Mayor Yvonne Parks said.

"I thought you were the greatest thing!" Mayor Pro Tem Scott Matas quipped, drawing laughter from the crowd.

**recent endorsements**

■ Cathedral City Mayor Kathy DeRosa's reelection bid is endorsed by Mayor Pro Tem Bud England, Riverside County Supervisor Marion Ashley, Riverside County Superintendent of Schools Kenn Young, Riverside County Sheriff Stan Sniff Jr., Desert Regional Medical Center CEO Karole Sowle, as well as business and community leaders Dick and Jan Oliphant, Bob Reitberger and Fred Noble.

■ Palm Desert Councilwoman Jean Benson is backed for Bono Mack and city Mayor Pro Tem Jim Ferguson.

■ The Committee for Indio's Economic Future endorsed Indio Mayor Gene Gilbert and Mayor Pro Tem Ben Godfrey.

*Blake Herzog and Kate McGinty contributed to this column.*

*Erica Felci is a reporter for The Desert Sun who also writes the weekly Statehouse Insider column. Send your items to ericafelci@thedesertsun.com*



DESERT SUN FILE, COURTESY OF ECOMOTION

Mayor Yoo-Chin Nam of Gumi, South Korea, shakes hands with Palm Desert Mayor Cindy Finerty. Nam and a delegation of business and government leaders from Gumi received the key to the city, one of a handful of such keys that have been given out.

**weekly political calendar**

■ The East Valley Republican Women meets at 11 a.m. today at Desert Falls Country Club in Palm Desert. Speakers include Assemblyman Brian Nestande, the regional political director for Republican gubernatorial candidate Meg Whitman and other desert candidates. Reservations were required.

■ The Indio Sunrise Rotary Club will host a candidates forum Tuesday with the city's council candidates. The forum begins at 7 a.m. at the Heritage Palms Country Club, 44-291 S. Heritage Palms Drive. Breakfast is $15 a person.
Reservations: (760) 770-2003

■ Karen Cornett, a Palm Springs Unified school board candidate, will have a meet-and-greet event today. It runs from 3:30 until 6 p.m. at El Portal Restaurant, 32-235 Date Palm

Drive in Cathedral City. Complimentary hors d'oeuvres and a no-host bar provided.
Information:

■ Cathedral City mayoral candidate Mark Carnevale will have a fundraiser at 6 p.m. Tuesday at Nicolino's Italian Restaurant, 35-325 Date Palm Drive. Tickets are $20 per person or $30 for a couple.

■ Local Democrats will hold their monthly mixer Wednesday. It starts at 5:30 p.m. at the party's headquarters in Cathedral City, 67-555 E. Palm Canyon Drive. Information: (760) 328-9425

■ The Palm Springs Republican Women Federated holds its fall kick-off event Thursday. It starts at 11 a.m. at Leon's Bar & Grill, 1700 Murray Canyon Road in Palm Springs. Beverly LaHaye, founder of Concerned Women

for America, will discuss the upcoming election. A boutique and purse exchange will also be held. Reservations were required.

■ Indian Wells council candidate Ted Mertens will hold a meet-and-greet event Thursday. It runs from 4 to 6 p.m. at the IW Club, 44-500 Indian Wells Lane. Mertens will meet voters in the lobby.

■ The Riverside County GOP will hold its general membership meeting at 6:30 p.m. Thursday at the Mission Inn in Riverside. Assemblyman Jeff Miller will be honored. The meeting is free to registered Republicans. Information:
www.riversidegop.com

■ The Coachella Valley-Heritage Palms Congress of Republicans on Friday will hold a candidates forum for Indio City Council hopefuls. It starts at 6 p.m. at

the Heritage Palms Country Club, 44-291 S. Heritage Palms Drive. Tickets are $23 for members and $25 for guests. Reservations required:
(760) 345-5812

■ The Coachella Valley Young Republicans will hold a membership event Saturday in conjunction with the Republican National Committee. It starts at 1 p.m. at a private home in Indio. The event is free for members and $20 for families of guests. Information: (760) 880-9323

■ The Democratic Women of the Desert and the party's other local clubs will hold a fundraiser for U.S. Sen. Barbara Boxer's re-election campaign. It starts at 10:30 a.m. Sunday at Hotel Zoso, 150 S. Indian Canyon Drive in Palm Springs. Tickets are $25 in advance and $35 at the door. Reservations are required by Wednesday. (760) 328-9425

## CALIFORNIA LOTTERY

**Mega Millions/Friday**

| Numbers picked | 11, 12, 17, 21, 23 | Meganumber 20 |
|---|---|---|
| PICKS | WINNERS | PRIZE |
| 5 plus mega | 0 | $34 million |
| 5 no mega | 0 | $700,130 |
| 4 plus mega | 8 | $6,609 |
| 4 no mega | 415 | $184 |
| 3 plus mega | 373 | $107 |
| 3 no mega | 16,036 | $5 |
| 2 plus mega | 5,413 | $7 |
| 1 plus mega | 28,579 | $2 |
| mega only | 48,904 | $2 |

Tuesday's jackpot estimate (drawing 7:57 p.m.) $44M

**SuperLotto Plus/Saturday**

| Numbers picked | 2, 10, 31, 35, 45 | Meganumber 24 |
|---|---|---|
| PICKS | WINNERS | PRIZE |
| 5 plus mega | 0 | $14 million |
| 5 no mega | 1 | $64,940 |
| 4 plus mega | 19 | $1,708 |
| 4 no mega | 508 | $106 |
| 3 plus mega | 792 | $68 |
| 3 no mega | 22,556 | $10 |
| 2 plus mega | 11,283 | $11 |
| 1 plus mega | 54,224 | $2 |
| mega only | 83,617 | $1 |

Wednesday's jackpot estimate (drawing 7:57 p.m.) $16M

| Daily Derby/Sunday | | Daily 3/Sunday | |
|---|---|---|---|
| 1st place | 7, Eureka | Afternoon numbers picked | 1, 2, 1 |
| 2nd place | 9, Winning Spirit | Daily 3/Sunday | |
| 3rd place | 1, Gold Rush | Night numbers picked | 7, 8, 3 |
| Race time | 1:47.50 | Match three in order for top prize; |

Match winners are in first for top prize. Match either for other prizes.

**Fantasy 5/Sunday**
Numbers picked 07, 26, 30, 33, 34

# WITH GOLD OVER $1225 PER OZ...

# WE PAY THE MOST FOR GOLD PERIOD!

## DIAMONDS TOO
### ANY SHAPE - ANY SIZE
### WE'LL BEAT ANY OFFER

| GOLD CONTENT | WE PAY @ $1225 GOLD (EXAMPLE*) |
|---|---|
| 10K | $15.09 @ GRAM (92%) |
| 14K | $21.13 @ GRAM (92%) |
| 18K | $27.17 @ GRAM (92%) |
| GOLD COINS | $1188 @ OZ. (97%) |

*AMOUNT PAID WILL VARY BASED ON DAILY GOLD MARKET

## WE PAY 97% FOR GOLD COINS

## FREE REPAIRS & FREE APPRAISALS

## El Paseo Jewelry
73-375 El Paseo
Palm Desert
760-773-1040

Hours
Mon - Thur 10-5
Fri-Sat 10-6
Sun Closed

Diamonds • Gemstones • Jewelry Repair • Custom Designs

EXHIBIT "2"
[Page 1 of 2]

**EXHIBIT 2**

THE DESERT SUN | TUESDAY SEPTEMBER 14, 2010 | B5

coachella valley

# Indio tops valley's 2009 rise in violent crime

BY MARIECAR MENDOZA
The Desert Sun

Violent and property crimes decreased nationwide in 2009, according to newly released FBI statistics.

Nationally, a 5.3 percent drop in violent crime was accompanied by a 4.6 percent drop in property crime last year, according to the FBI's report.

But the same report shows while most Coachella Valley cities saw a drop in property crimes, five out of the nine cities reported more violent crimes.

The following is a breakdown of Coachella Valley crime statistics with 2008 and 2009 figures:

**Cathedral City**
Violent crime: 241; 203
Murder and non-negligent manslaughter: 2; 3
Forcible rape: 22; 15

**Coachella**
Violent crime: 213; 255
Murder and non-negligent manslaughter: 6; 6
Forcible rape: 6; 9
Robbery: 59; 64
Aggravated assault: 144; 178
Property crime: 1,651; 1,354
Burglary: 454; 479
Larceny-theft: 800; 578
Motor vehicle theft: 397; 297
Arson: 12; 10

**Desert Hot Springs**
Violent crime: 315; 326

Robbery: 54; 62
Aggravated assault: 163; 123
Property crime: 1,633; 1,221
Burglary: 554; 430
Larceny-theft: 825; 596
Motor vehicle theft: 254; 195
Arson: 5; 6

Murder and non-negligent manslaughter: 4; 8
Forcible rape: 13; 8
Robbery: 74; 85
Aggravated assault: 224; 225
Forcible rape: 1,570; 1,511
Property crime: 613; 549
Larceny-theft: 586; 594
Motor vehicle theft: 371; 368
Arson: 4; 20

**Indian Wells**
Violent crime: 1; 3
Murder and non-negligent manslaughter: 0; 0
Forcible rape: 0; 0
Robbery: 1; 2
Aggravated assault: 0; 1
Property crime: 212; 170
Burglary: 66; 58
Larceny-theft: 139; 105
Motor vehicle theft: 7; 7
Arson: 0; 0

**Indio**
Violent crime: 390; 428
Murder and non-negligent manslaughter: 2; 5
Forcible rape: 30; 28
Robbery: 119; 112
Aggravated assault: 239; 283
Property crime: 2,827; 2,821
Burglary: 876; 927
Larceny-theft: 1,430; 1,408
Motor vehicle theft: 521; 486
Arson: 9; 3

**La Quinta**
Violent crime: 202; 123
Murder and non-negligent manslaughter: 2; 1
Forcible rape: 5; 8
Robbery: 31; 22
Aggravated assault: 164; 92
Property crime: 1,563; 1,573
Burglary: 526; 537
Larceny-theft: 913; 958

Motor vehicle theft: 124; 78
Arson: 7; 4

**Palm Desert**
Violent crime: 64; 44
Murder and non-negligent manslaughter: 3; 1
Forcible rape: 9; 5
Robbery: 42; 30
Aggravated assault: 10; 8
Property crime: 2,612; 1,927
Burglary: 728; 705
Larceny-theft: 1,695; 1,314
Motor vehicle theft: 189; 168
Arson: 5; 5

**Palm Springs**
Violent crime: 227; 302
Murder and non-negligent manslaughter: 2; 2
Forcible rape: 16; 16
Robbery: 134; 117
Aggravated assault: 212; 163
Property crime: 2,672; 2,361

Burglary: 795; 750
Larceny-theft: 1,591; 1,382
Motor vehicle theft: 286; 229
Arson: 27; 26

**Rancho Mirage**
Violent crime: 14; 17
Murder and non-negligent manslaughter: 1; 0
Forcible rape: 3; 1
Robbery: 9; 13
Aggravated assault: 1; 3
Property crime: 898; 604
Burglary: 245; 204
Larceny-theft: 605; 361
Motor vehicle theft: 48; 39
Arson: 2; 0
SOURCE: Federal Bureau of Investigation

**See more online**
Log on to mydesert.com to see a breakdown of crime statistics for Riverside County and all California cities and counties.

---

desert hot springs

## City close to hiring firm to conduct study of fire, medic services

BY KATE McGINTY
The Desert Sun

A Palo Alto-based consulting firm could soon launch a study that will determine the future of ambulance and fire services in Desert Hot Springs.

A contract for as much as $50,000 is still pending City Council approval on Sept. 21.

If the contract is approved as expected, though, Matrix Consulting Group will launch a 12-week study of fire services to determine the most cost-effective and effective structure.

"Now is the time for the hard work to begin ... and this will give us the data that we need to roll up some big solutions for you and the council for how to move forward," City Manager Rick Daniels said during a special ad-hoc committee meeting Monday to introduce the consultant.

The city's $1.1 million contract with the Riverside County Sheriff's Department and Cal Fire for fire services expires June 30, 2011.

That means the city can look

at its ambulance and fire services "from a clean slate," said Chris Carlson, the consulting firm's vice president and a former fire chief in La Mesa and Turlock.

Among the options will be to extend the contract with the county, create its own fire department, contract with another city or propose a west valley fire district.

The city fights problems of understaffing but has not had any specific problems with its services, said committee chairman Scott Matas, who also sits on council.

Instead, the proposed contract is the city's "due diligence to show we're getting the best bang for our buck" for emergency and fire services, he said.

Matrix Consulting Group won out over two other firms to secure the city staff's recommendation for the contract.

Kate McGinty is a reporter for The Desert Sun. She can be reached at (760) 778-4453 or katie.mcginty@thedesertsun.com.

**NICOLINO'S FAMOUS ITALIAN RESTAURANT**
**Casual Atmosphere**
Serving All of your Italian Favorites at Moderate Prices!

| Entertainment by Kelaba D from 6-9 WED & FRI | WEDNESDAY NIGHTS All You Can Eat Pasta Bar $11.95 Chef Rubin prepares your pasta while you watch. |

ALL DAY HAPPY HOUR
DOMESTIC DRAUGHT and BOTTLE BEER $2.50
WINE BY THE GLASS $4.00 • WELL COCKTAILS $3.50
CALL DRINKS $4.50
35-325 Date Palm, Suite 111
Cathedral City
760-324-0411
www.nicolinos.com

**West Dermatology**

Call today to schedule a consultation for Intense Pulsed Light (IPL), Micro Laser Peel or ProFractional Treatment, the latest in Laser cosmetic contouring. You will notice dramatic improvement in wrinkles, scars, fine lines, uneven coloration, and overall skin appearance. WITH LITTLE TO NO DOWN TIME.

April Ethridge, PA-C

West Dermatology
Rancho Mirage
760 969-5900
72-785 Frank Sinatra Dr., #100
www.Palm-Springs-Dermatology.com

**Terry J. Guzak, D.D.S., Inc.**
GENERAL, COSMETIC AND RECONSTRUCTIVE DENTISTRY
SERVING THE DESERT 29 YEARS
L U M I N E E R S

New Patients
$59.00 Complete Dental Check-up & Cleaning
($375.00 Value) Expires 9/28/10
Digital X-Rays

CareCredit
760-320-6506
Professional Plaza East
2225 Tahquitz Canyon Way, Suite 3, Palm Springs

**WITH GOLD OVER $1225 PER OZ...**

# WE PAY THE MOST FOR GOLD PERIOD!

## DIAMONDS TOO
### ANY SHAPE • ANY SIZE
### WE'LL BEAT ANY OFFER

| GOLD CONTENT | WE PAY @ $1225 GOLD (EXAMPLE*) |
|---|---|
| 10K | $15.09 @ GRAM (92%) |
| 14K | $21.13 @ GRAM ( 92%) |
| 18K | $27.17 @ GRAM (92%) |
| GOLD COINS | $1188  @ OZ. (97%) |

*AMOUNT PAID WILL VARY BASED ON DAILY GOLD MARKET

## WE PAY 97% FOR GOLD COINS
## FREE REPAIRS & FREE APPRAISALS

**El Paseo Jewelry**
73-375 El Paseo
Palm Desert
760-773-1040

Hours
Mon - Thur 10-5
Fri - Sat 10-6
Sun  Closed

Diamonds • Gemstones • Jewelry Repair • Custom Designs

**EXHIBIT "2"**
**[Page 2 of 2]**

**EXHIBIT 3**

riverside county

# Benefit concert announced for slain teen's family

Staff report

Tickets are on sale now for a benefit concert featuring P.O.D. for the Moreno Valley teen killed on her way home from school.

Norma Lopez, 17, disappeared on July 15 after taking a shortcut home walking from summer classes at Valley View High School. Her body was discovered on July 20 in a nearby field.

The "Never Again" concert will feature P.O.D., Alien Ant Farm and Butterscotch, among others, on Sept. 18 at Moreno Valley College.

"My heart goes out to Norma, her family and friends. I have a daughter and can't even imagine how Norma's parents feel," Mike Cosgrove, Alien Ant Farm drummer, said in a release.

"We have a lot of friends that went to Valley View High School

through the years and have used that same shortcut. It's tragic and frightening."

Tickets are $10 with proceeds benefiting the family for funeral expenses as well as establishing a reward for the arrest and conviction of those responsible for her death.

"When I heard that Norma Lopez was missing and then her body was found a week later, it struck a chord in me," Gary Arik, vice president of artist development at Tao Music Group, said in a news release.

"Being a parent, I know that I had to do something to help prevent this from happening again."

Arik is among those putting together the event.

For more information on the concert, or on where to purchase tickets, go to www.mowol.org.

thermal

# Mobile home park residents without power

BY MARCEL HONORÉ
The Desert Sun

About 30 residents of a ramshackle mobile home park in Thermal have spent the past week without power, after an overtaxed electrical panel caught fire and burned out last Wednesday, officials say.

The park, at Avenue 62 between Pierce and Fillmore streets, was developed without the proper permits, Riverside County code enforcement officials said.

The residents in the nine units affected may have to move because the park's owners have declined to start the necessary electrical repairs and safety upgrades because of the cost, according to Mike Lara, the county's building and safety director.

The park's ownership, identified as a group of siblings with

the last name Hernandez, did not return multiple calls from The Desert Sun this week.

"It's horrible," said Elsa Guevara, a resident at the park, which has about 20 units. "The people are overcome with heat."

It's not clear whether the affected residents have received any temporary relocation assistance from the county or the park's owners. Guevara said many of the residents are staying with family during the day, but returning at night to keep watch over their homes.

County code officers inspected the park last Thursday and Friday and still have a case open on the matter, said David Lawless, Riverside County code enforcement supervisor for district four.

Imperial Irrigation District, the east valley's electrical

provider, declined to comment on the specific outage, citing legal concerns regarding the customers' privacy.

However, IID has "encountered a number of situations in these illegal mobile home parks" with unsafe electrical systems, IID spokeswoman Rosa Maria Gonzalez said. In those cases the utility wants until authorities say it's OK to turn the power back on, she said.

In recent years, several hundred non-permitted mobile home parks have sprung up in the east valley due to a lack of affordable housing, according to county officials.

The residents there, mostly migrant workers, endure any combination of open sewage, faulty electrical wiring, overcrowding, fire hazards and bad drinking water.

Residents at the affected Av-

enue 62 park have been locked in a dispute with ownership since January over a proposed rent hike from $200 to $350, said Megan Beaman Carlson, a lawyer with the nonprofit California Rural Legal Assistance program, which represents the residents.

The residents would accept the owners' rent hike in return for upgrades to the park's electrical and sewer systems, Carlson said.

"It isn't just this park here," Lawless said of the problems at Avenue 62. "It's a lot of the parks that don't have the permits. The electrical systems aren't what they're supposed to be."

County agencies have worked to stabilize conditions at the non-permitted parks without having to close them. "These are not easy to solve," he added.

**HOW** TO HELP

**Alzheimer's Association** regional office in Rancho Mirage seeks volunteers for its Person-2-Person telephone caregiver support program; training will be provided. Volunteers are also invited to join special events committees, help with education events, and provide clerical support as needed. (888) 328-6767

**Animal Samaritans** needs pet foster volunteers 18 years or older to rescue and temporarily help raise homeless kittens, puppies and older animals. Volunteers also needed to walk dogs and socialize cats. Volunteer orientation provided. Sandia (760) 343-3216.

**Amvet Express Post 66** needs drivers to transport veterans from the Coachella Valley to the Veterans Affairs Hospital in Loma Linda. A copy of your clean DMV record must be submitted with the application. A physical and tuberculosis test is provided. Post Commander David Diehl or dispatcher R. C. Sloan (760) 323-9085

**Angel View Crippled Children's Foundation** seeks volunteers to help at its residential homes, thrift marts, camp and auxiliary fundraising events. Molly (760) 329-6471

**Association of Naval Aviation — Desert Storm Squadron** seeks volunteers in a number of programs presented by the professional civilian organization. Commanding Officer Peter Richardson (760) 327-3565

**Barbara Sinatra Children's Center** seeks volunteers to read to children, play cards and board games, and draw. (760) 773-1638

**Big Brothers Big Sisters of the Desert** seeks volunteers to mentor children four to eight hours per month. High school juniors and seniors are eligible. (760) 568-3977

**Birth Choice of the Desert**, providing assistance to encourage pregnant women to carry their babies to birth, seeks volunteers to work in centers in Indio, Cathedral City and Thermal. (760) 775-5683

**Boys & Girls Club of Cathedral City** seeks volunteers to help with special events, landscaping, general maintenance, painting, clerical, and other areas. Susana (760) 324-5844

**Braille Institute of America** seeks volunteers to assist low-vision adults in a variety of classes: art-lab, computer-lab, front desk; attend health fairs; bilingual and computer skills a big plus. Not necessary to read Braille. Fall classes Sept. 7-Dec. 16, Mon-Thu. 10 a.m.-2 p.m. Pamela Carther (760) 202-6108.

**Bridges of Hope**, Cathedral City Community Resource Center, seeks retired professionals to serve as teachers, teacher aids, administration and secretarial assistants and mentors. Betty Fernandez (760) 328-0887

**Cabot's Museum** seeks volunteers as docent tour guides, admissions and Gallery Shoppe attendants, grounds keeping and building maintenance. (760) 329-7610

**Cathedral City Police Department Citizens on Patrol** seeks volunteers. Training provided. (760) 770-0332

**Cathedral City Senior Center** seeks volunteers for reception desk, to contact homebound seniors and other committee work. Jodie (760) 321-1548

**Catholic Charities/Emmanuel Outreach Services** seeks volunteers to assist with

providing food and clothing to more than 1,000 people per week. Mateza (760) 568-5901

**Children's Discovery Museum of the Desert** seeks volunteers for gallery docents, admission desk, museum store clerks, toddler programs, special events. Teen and adult orientation and training sessions available. (760) 321-0602 Ext. 116

**Child Help Palm Springs chapter** seeks members to serve on its board and volunteers to head committees for a celebrity golf tournament on Nov. 8. Cheryl (760) 902-8512

**Coachella Valley Rescue Mission** seeks volunteers to work its thrift store in Coachella, serve daily meals and oversee community food, clothing and toiletry drives. Darla Burkett (760) 347-3512

**Coachella Valley Wild Bird Center** seeks volunteers to help raise and rehabilitate orphaned baby wild birds. Training is provided. (760) 347-2647

**Court Appointed Special Advocates** for Riverside County, serving abused and neglected children from foster homes or group homes who are subjects of judicial proceedings, seeks volunteers. Training provided. (760) 863-7539

**Crisis Pregnancy Center**, providing counsel and support to young women facing an unplanned pregnancy, seeks volunteers to work in its Palm Desert. Training provided. (760) 568-2200

**Desert AIDS Project** needs volunteers to work at its Revivals stores. Hudson (760) 323-2118 Ext. 244 or Jean (760) 413-6633

**DesertArc** seeks volunteers to serve on various event committees. (760) 346-1611

**Desert Best Friend's Closet** seeks volunteers to act as personal shoppers fitting adult men and women with work attire, high school girls for prom, and Marine wives with ball gowns. (760) 776-9975

**Desert Cancer Foundation** seeks volunteers in office work and event support. (760) 773-6554.

**Desert Classic Concours d'Elegance** seeks volunteers for all aspects of the planning and production of its annual classic car weekend. Administrative, event planning, publicity, advertising. (760) 766-2824 or www.DesertConcours.com

**Desert Friends of the Developmentally Disabled** seeks a volunteer grant writer to assist a new public benefit charity that will establish programs such as dental, vision, clothing, special needs, social and recreation events. Marianne Benson (760) 832-6555.

**Desert Hot Springs Senior Center** is seeking volunteers for the following tasks: food preparation which requires food handlers certificate and drivers for homebound deliveries which requires valid drivers license, car insurance and background check. (760) 329-0222

**The Desert Institute** at Joshua Tree National Park needs volunteers for field classes, lectures and office help. Karina White (760) 367-5535

**How to Help** is a list of volunteer opportunities in the Coachella Valley. To submit requests, send the nonprofit organization's name, a description of the need and a contact number in the body of an e-mail to **mise.mindel@thedesertsun.com** with "How to Help" in the subject line.

**WITH GOLD OVER $1225 PER OZ...**

# WE PAY THE MOST FOR GOLD PERIOD!

## DIAMONDS TOO

**ANY SHAPE - ANY SIZE**
**WE'LL BEAT ANY OFFER**

| GOLD CONTENT | WE PAY @ $1225 GOLD (EXAMPLE*) |
|---|---|
| 10K | UP TO $15.00 @ GRAM |
| 14K | UP TO $21.00 @ GRAM |
| 18K | UP TO $27.00 @ GRAM |
| GOLD COINS | UP TO 97% of SPOT GOLD |

*AMOUNT PAID WILL VARY BASED ON ACTUAL GOLD CONTENT AND DAILY GOLD MARKET

**WE PAY UP TO 97% FOR GOLD COINS**

**FREE REPAIRS & FREE APPRAISALS**

## El Paseo Jewelry

73-375 El Paseo
Palm Desert
760-773-1040

Hours
Mon.-Thur. 10-5
Fri.-Sat. 10-6
Sun. Closed

Diamonds • Gemstones • Jewelry Repair • Custom Designs

**EXHIBIT "3"**

**EXHIBIT  4**

# Time to reteach the 'Golden Rule'



**kevin johnson**
words of faith

## SELL YOUR GOLD NOW AT $1300 OZ

# WE WILL BEAT ANY GOLD OFFER!
# SHOP US LAST AND WE'LL PROVE IT!

## WE PAY UP TO 97% FOR GOLD COINS

# NOBODY PAYS MORE!

## SELL YOUR DIAMONDS TOO
### ANY SHAPE · ANY SIZE
### WE'LL BEAT ANY OFFER

## FREE REPAIRS & FREE APPRAISALS

El Paseo Jewelry
73-375 El Paseo
Palm Desert
760-773-1040
LICENSE NO. 35001185

Hours
Mon - Thur 10-6
Fri-Sat 10-6
Sun Closed

Diamonds • Gemstones • Jewelry Repair • Custom Designs

## RELIGION NOTES
BY AMELIA HADLEY
The Desert Sun

### Worship service at American Heat

### Church hosting Night of Worship

### School holding annual bowling event

### Community Invited to Harvest Carnival

### Church 212* celebrating anniversary

## COMMUNITY CALENDAR
today
sunday
monday

Mama Liveri's ITALIAN Bistro
Pizza + Seafood + Pasta
760-836-1500

Search ALL Palm Springs Desert area Real Estate at AAbell.com

FRESH. CASUAL. INTIMATE.
Fixed Priced Menu Starting at $16.50
ROSCOE grill
760.322.6500
665 S. Palm Canyon Drive Palm Springs

EXHIBIT "4"

**EXHIBIT 5**



# WE PAY THE MOST FOR GOLD PERIOD!

| GOLD CONTENT | WE PAY @ $1150 GOLD (EXAMPLE) |
|---|---|
| 10K | $14.10 @ GRAM (92%) |
| 14K | $19.90 @ GRAM (92%) |
| 18 K | $25.50 @ GRAM (92%) |
| GOLD COINS | $1120 @ OZ. (97%) |

WE PAY 97% FOR GOLD COINS • WE'LL BEAT ANY OFFER

**CALL US FOR CURRENT GOLD PRICES**

**760-773-1040**

El Paseo Jewelry

73-375 EL PASEO • PALM DESERT

**EXHIBIT "5"**

**EXHIBIT 6**



SCREEN SHOT TAKEN FROM EL PASEO JEWELRY
TELEVISION ADVERTISEMENT