# SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | EDCV 10-01858 VAP(DTBx) | Date: October 5, 2012 |

Title: OUT OF THE BOX ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY -v- EL PASEO JEWELRY EXCHANGE, INC., A NEVADA CORPORATION; EL PASEO JEWELRY, INC., A CALIFORNIA CORPORATION; RAJU MEHTA, AN INDIVIDUAL; IVAN KALENSKY, AN INDIVIDUAL

========================================================================

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| | |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   (IN CHAMBERS) - MINUTE ORDER TAKING OFF CALENDAR - MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS BY ATTORNEYS DARYL M. CRONE AND JOSHUA P. GELBART AND THE LAW FIRM OF CRONE HAWXHURST, LLP, (ECF No. 237)

**COUNSEL ARE NOTIFIED,** that on the Court's own motion, the hearing on Motion to Withdraw as Counsel for Defendants by Attorneys Daryl M. Crone and Joshua P. Gelbart and the Law Firm of Crone Hawxhurst, LLP, presently set for October 22, at 2:00 p.m., is hereby taken off calendar.  The matter is appropriate for resolution without hearing pursuant to Local Rule 7-15 and will stand submitted on the papers timely filed.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                               Initials of Deputy Clerk md
CIVIL -- GEN