# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-01858 VAP(DTBx)            Date:  November 7, 2012

Title:   OUT OF THE BOX ENTERPRISES, LLC -v- EL PASEO JEWELRY EXCHANGE, INC., et al.
===============================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:    MINUTE ORDER GRANTING DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (IN CHAMBERS)

    Before the Court is a Motion to Withdraw as Counsel for Defendants El Paseo Jewelry Exchange, Inc., El Paseo Jewelry, Inc., Raju Mehta, and Ivan Kalensky, (collectively, the "Defendants") filed by Crone Hawxhurst LLP ("Counsel") (the "Motion").  The Motion is unopposed.  The Court finds the Motion appropriate for resolution without a hearing.  See Fed. R. Civ. P. 78; Local R. 7-15.  After consideration of the papers in support of the motion, the Court GRANTS Counsel's Motion to Withdraw.

    Under the Local Rules, "[a]n attorney may not withdraw as counsel except by leave of court."  L.R. 83-2.9.2.1; see also Darby v. City of Torrance, 810 F. Supp.

MINUTES FORM 11                                        Initials of Deputy Clerk ___md___
CIVIL -- GEN                                 Page 1

EDCV 10-01858 VAP(DTBx)
OUT OF THE BOX ENTERPRISES, LLC v. EL PASEO JEWELRY EXCHANGE, INC., et al.
MINUTE ORDER of November 7, 2012

275, 276 (C.D. Cal. 1992). "An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." L.R. 83-2.9.2.1. "The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." Kassab v. San Diego Police Dep't, 2008 WL 251935, *1 (S.D. Cal. Jan. 29, 2008) (citing Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982)).

As a preliminary matter, defendants El Paseo Jewelry Exchange, Inc., and El Paseo Jewelry, Inc., (the "Corporate Defendants") are incorporated entities. Under Local Rule 83-2.9.2.3, "[a]n attorney requesting leave to withdraw from representation of a corporation or unincorporated association shall give written notice to the corporation or unincorporated association of the consequences of its inability to appear pro se." Here, the Motion and attached Declaration of Daryl M. Crone ("Crone Declaration") indicates Counsel provided written notice to the Corporate Defendants that it may not appear pro se, and must obtain new counsel in order to proceed. (Mot. at 1; Crone Decl. ¶ 5.) Accordingly, Counsel has fulfilled Local Rule 83-2.9.2.3's requirement.

Counsel seeks to withdraw because Defendants have failed to pay Counsel's fees and costs. California Rule of Professional Conduct 3-700(C)(1)(f) permits an attorney to seek leave to withdraw where a client "breaches an agreement or obligation to [the attorney] as to expenses or fees." Here, Defendants have failed to pay Counsel's outstanding invoices on numerous occasions for several months. (Crone Decl. ¶ 2.) These unpaid bills exceed $100,000. (Id.) Defendants' failure to pay Counsel's outstanding bills is a valid ground for withdrawal. See Locals 302 & 612 of the Int'l Union of Operating Eng'rs Construction Indus. Health & Security Fund v. Meko Construction, Inc., 2012 WL 3812025, at *3 (W.D. Wash. Sep. 4, 2012); Ramirez v. Video Wave of Noe Valley, 2012 WL 2426689, at *2 (N.D. Cal. June 26, 2012).

Accordingly, the Court GRANTS Counsel's Motion and permits them to withdraw.

The Court advises the Corporate Defendants that they cannot appear in

| MINUTES FORM 11 | Initials of Deputy Clerk ___md___ |
|---|---|
| CIVIL -- GEN            Page 2 | |

EDCV 10-01858 VAP(DTBx)
OUT OF THE BOX ENTERPRISES, LLC v. EL PASEO JEWELRY EXCHANGE, INC., et al.
MINUTE ORDER of November 7, 2012

federal court without the representation of an attorney. L.R. 83-2.10.1. No further filings will be accepted by the Corporate Defendants in this case until new counsel has entered an appearance.

**IT IS SO ORDERED.**