FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OUT OF THE BOX ENTERPRISES, LLC, a Texas limited liability company,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>RAJU MEHTA, an individual,<br><br>          Defendant - Appellant. | No. 13-55239<br><br>D.C. No. 5:10-cv-01858-VAP-DTB<br>Central District of California, Riverside<br><br>ORDER |
| OUT OF THE BOX ENTERPRISES, LLC, a Texas limited liability company,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>EL PASEO JEWELRY EXCHANGE, INC., a Nevada corporation; et al.,<br><br>          Defendants - Appellees. | No. 13-55303<br><br>D.C. No. 5:10-cv-01858-VAP-DTB<br>Central District of California, Riverside |

Before: Peter L. Shaw, Appellate Commissioner

     The court has received the response to the order to show cause from Daryl Marc Crone, Esq.  The district court docket indicates attorney Crone was relieved as counsel on November 7, 2012. The order to show cause is vacated.  The district court records reflect that defendants El Paseo Jewelry Exchange, Inc., El Paseo Jewelry, Inc. and Ivan Kalensky were represented by Joseph Scott Klapach, Esq.

Amt√/Pro Mo commish 19Oct2015

and M. Gregg McKerroll, Esq. The Clerk shall serve this order on Joseph Scott Klapach, Esq. of Klapach & Klapach at 8200 Wilshire Blvd, Suite 300, Beverly Hills, CA 90211; phone (310) 525-3724 and on M. Gregg McKerroll, Esq. of Pritchard and Kay PLC at 160 West Santa Clara Street, Suite 1075; San Jose, CA 95113; phone (408) 920-0500. Within seven days after the date of this order, attorneys Klapach and McKerroll shall submit Notices of Appearances for defendants El Paseo Jewelry Exchange, Inc., El Paseo Jewelry, Inc., and Ivan Kalensky in case number 13-55303.

As the Notice of Appeal was filed by defendant Rajendra Mehta, the Clerk will remove attorney Klapach as defendant Mehta's counsel in case number 13-55239.

Court records reflect the lifting of the automatic stay by the Central District of California, United States Bankruptcy Court, of defendant El Paseo Jewelry, Inc.

The unopposed motion of plaintiff Out of the Box Enterprises, LLC for an extension of time to file the brief is denied as unnecessary. The briefing schedule will be reset upon review of the status report of defendants.

Amt\/Pro Mo commish 19Oct2015